**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

KWAME COLON
     Plaintiff,

      v.                       C.A. No. 18-251-WES

C.O. COLASONTE, et al.
     Defendants.


**ORDER OF DISMISSAL**

By order entered September 12, 2018, the plaintiff was directed to show cause why this Court should not dismiss this matter for lack of prosecution. The plaintiff was warned that failure to comply would lead to dismissal of this action.

Plaintiff having failed to comply with this Court's order, it is hereby ordered that the above-captioned case be dismissed for lack of diligent prosecution.

It is so ordered.


October 18, 2018          By the Court:


                            /s/William E. Smith

                            Chief Judge