```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF RHODE ISLAND
```

KWAME COLON,
     Plaintiff,


     v.                                    C.A. No.  18-251-WES


C.O. COLASONTE, et al.
     Defendants.


**<u>JUDGMENT</u>**

This action came to be heard before the Court and a decision has been rendered.  Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

Pursuant to this Court's Order of Dismissal entered on October 18, 2018, the judgment is hereby entered dismissing the Plaintiff's Complaint (ECF No. 1) in accordance with Fed. R. Civ. P. 58.


October 18, 2018                By the Court:

                                /s/Hanorah Tyer-Witek,
                                Clerk of Court